Deverie J. Christensen, Bar No. 6596
christensend@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

René E. Thorne
Bar No. 22874
thorner@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, LA 70130
Tel: (504) 208-5871
Fax: (504) 208-1759

*Attorneys for Defendant Caesars Entertainment Corp.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONI VILLASENOR-WARE, an individual; CHRISTIAN WARE, AND CIERRA WARE, minor children,<br><br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORP., a Delaware corporation; AETNA SERVICES, INC., a Connecticut corporation; AETNA LIFE INSURANCE COMPANY; LUZ A. RODRIGUEZ, an individual; DOES 1-20, and ROE ENTITIES, 1-20, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01397-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>(First Request) |

Defendant, Caesars Entertainment Corp. ("Caesars" or "Defendant"), by and through its counsel, Jackson Lewis P.C., and Plaintiffs Toni Villasenor-Ware, Christian Ware and Cierra Ware ("Plaintiffs") by and through their counsel, Dempsey, Roberts & Smith, Ltd, hereby stipulate and agree to extend the time for Defendant to file a responsive pleading to Plaintiff's Amended Complaint. Defendant shall have through and including August 19, 2015, to file a responsive pleading to Plaintiff's Amended Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 24th day of July, 2015.

| JACKSON LEWIS P.C. | DEMPSEY, ROBERTS & SMITH, LTD. |
|---|---|
| /s/ Deverie J. Christensen | /s/ David Krawczyk |
| Deverie J. Christensen, Bar No. 6596<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169 | Kenneth M. Roberts, Bar No. 4729<br>David E. Krawczyk, Bar No. 12423<br>1130 Wigwam Parkway<br>Henderson, Nevada 89074 |
| René E. Thorne, Bar No. 22874<br>*(pro hac vice motion pending)*<br>650 Poydras Street, Suite 1900<br>New Orleans, LA 70130 | *Attorneys for Plaintiffs* |
| *Attorneys for Defendant, Caesars Entertainment Corp.* | |

## ORDER

IT IS SO ORDERED.

DATED: July 28, 2015

_____
United States Magistrate Judge

4818-4256-6950, v. 1