ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
**GORDON & REES LLP**
3770 Howard Hughes Parkway
Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
*Attorneys For:  Defendants*
*AETNA SERVICES, INC.;*
*AETNA LIFE INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TONI VILLASENOR-WARE, an individual; CHRISTIAN WARE, AND CIERRA WARE, minor children;<br><br>                           Plaintiffs,<br><br>      vs.<br><br>CAESARS ENTERTAINMENT CORP., a Delaware corporation; AETNA SERVICES, INC., a Connecticut corporation; AETNA LIFE INSURANCE COMPANY; LUZ A. RODRIGUEZ, an individual; DOES, 1-20, and ROE ENTITIES, 1-20, inclusive;<br><br>                           Defendants. | CASE NO.:  2:15-cv-01397<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS AETNA SERVICES, INC., AND AETNA LIFE INSURANCE COMPANY TO FILE AND SERVE RESPONSE TO COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between ROBERT S. LARSEN, ESQ., of the law firm of Gordon & Rees LLP, attorneys for Defendants Aetna Services, Inc. and Aetna Life Insurance Company and DAVID KRAWCZYK, ESQ., of the law firm of Dempsey, Roberts & Smith, Ltd., attorneys for Plaintiff Toni Villasenor-Ware ("Plaintiff"), that the date for Defendants Aetna Services, Inc. and Aetna Life Insurance Company to file and serve their response to Plaintiff's Amended Complaint be extended from July 29, 2015 to August 14, 2015.

The reason for the extension is that after the parties' counsel discussed the factual background of the case on July 27, 2015, Plaintiff's counsel determined that he needed additional time to evaluate Plaintiff's claims against Defendants Aetna Services, Inc. and Aetna

-1-

1  Life Insurance Company.  To allow Plaintiff additional time to evaluate her claims and to save
2  the parties from any unnecessary litigation and filings, the parties agreed to postpone the
3  deadline for filing the answer for two weeks, to August 14, 2015.
4         This is the parties' first request for extension.
5  DATED this 28th day of July, 2015.                         DATED this 28th day of July, 2015.

GORDON & REES LLP

  /s/  Robert S. Larsen                                              /s/ David Krawczyk
ROBERT S. LARSEN                                             DAVID KRAWCZYK
Nevada Bar No. 7785                                              Nevada Bar No. 12423
3770 Howard Hughes Parkway, Suite 100         1130 Wigwam Parkway
Las Vegas, Nevada  89169                                    Henderson, Nevada 89074

*Attorneys for Defendants Aetna Services, Inc. and Aetna Life Insurance Company*

*Attorneys for Plaintiff Toni Villasenor-Ware*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: August 4, 2015

-2-

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P.5(b), I hereby certify that on the **28th day of July, 2015**, I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE AND SERVE RESPONSE TO COMPLAINT** by electronic transmission to the parties on electronic file and/or depositing the same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

Kenneth M. Roberts, Esq.
David E. Krawczyk, Esq.
Dempsey, Roberts & Smith, Ltd.
1130 Wigwam Parkway
Henderson, Nevada 89074
Telephone:  (702) 388-1216
Facsimile:   (702) 388-2514
kenroberts@drsltd.com
davidk@drsltd.com

Deverie J. Christensen, Esq.
Jackson Lewis P.C.
3800 Howard Hughes Pkwy., Suite 600
Las Vegas, NV  89169

Rene E. Thorne, Esq.
Jackson Lewis P.C.
650 Poydras Street, Suite 1900
New Orleans, LA  70130

*/s/ Vickie Campbell*
An employee of GORDON & REES LLP

Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, NV 89169

1107442/24451866v.1