KENNETH M. ROBERTS, ESQ.
State Bar No. 04729
DAVID E. KRAWCZYK, ESQ.
State Bar No. 12423
DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway
Henderson, Nevada 89074
tel: (702) 388-1216
Fax: (702) 388-2514
Email: kenroberts@drsltd.com
       davidk@drlstd.com
Attorneys for plaintiffs,
TONI VILLASENOR-WARE,
CHRISTIAN WARE, and CIERRA WARE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TONI VILLASENOR-WARE, an individual; CHRISTIAN WARE, and CIERRA WARE, minor children;<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORP., a Delaware corporation; AETNA SERVICES, INC., a Connecticut corporation; AETNA LIFE INSURANCE COMPANY; LUZ A. RODRIGUEZ, an individual; DOES, 1-20, and ROE ENTITIES, 1-20, inclusive;<br><br>　　　　Defendants. | CASE NO. 2:15-cv-01397 |

## STIPULATION AND ORDER DISMISSING DEFENDANTS AETNA SERVICES, INC. and AETNA LIFE INSURANCE COMPANY WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, TONI VILLASENOR-WARE, CHRISTIAN WARE, and CIERRA WARE, and Defendants, AETNA SERVICES, INC. and AETNA LIFE INSURANCE COMPANY, by and through their respective attorneys of record, that all Plaintiffs' claims against defendants Aetna Services,

-1-

Inc., and Aetna Life Insurance Company in this matter be dismissed without prejudice, with each of the parties to pay their own attorneys fees and costs herein incurred.

DATED this 10th day of August, 2015.    DATED this 10th day of August, 2015.

DEMPSEY, ROBERTS & SMITH, LTD.          GORDON & REES, LLP

 /s/ David E. Krawczyk                   /s/ Robert S. Larsen
KENNETH M. ROBERTS, ESQ.                ROBERT S. LARSEN, ESQ.
Nevada Bar No. 04729                    Nevada Bar No. 07785
DAVID E. KRAWCZYK, ESQ.                 3770 Howard Hughes Parkway, Suite 100
Nevada Bar No. 12423                    Las Vegas, Nevada 89169
1130 Wigwam Parkway
Henderson, Nevada 89074                 *Attorneys for Defendants,*
                                        *Aetna Services, Inc. and Aetna Life*
*Attorneys for Plaintiffs,*             *Insurance Company.*
*Toni Villasenor-Ware, Christian Ware,*
*Cierra Ware.*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: __August 11_____, 2015.

-2-