1  KENNETH M. ROBERTS, ESQ.
2  State Bar No. 04729
   DAVID E. KRAWCZYK, ESQ.
3  State Bar No. 12423
   DEMPSEY, ROBERTS & SMITH, LTD.
4  1130 Wigwam Parkway
   Henderson, Nevada 89074
5  tel: (702) 388-1216
6  Fax: (702) 388-2514
   Email: kenroberts@drsltd.com
7         davidk@drlstd.com
   Attorneys for plaintiffs,
8  TONI VILLASENOR-WARE,
9  CHRISTIAN WARE, and CIERRA WARE

10            **UNITED STATES DISTRICT COURT**
              **FOR THE DISTRICT OF NEVADA**
11

12  TONI VILLASENOR-WARE, an individual;    )
    CHRISTIAN WARE, and CIERRA WARE,        )   CASE NO. 2:15-cv-01397
13  minor children;                         )
                                            )
14           Plaintiffs,                    )
                                            )
15  v.                                      )
                                            )
16                                          )
    CAESARS ENTERTAINMENT CORP., a          )
17  Delaware corporation; AETNA SERVICES,   )
    INC., a Connecticut corporation; AETNA LIFE )
18  INSURANCE COMPANY; LUZ A.               )
    RODRIGUEZ, an individual; DOES, 1-20, and )
19  ROE  ENTITIES,1-20, inclusive;         )
                                            )
20           Defendants.                    )
21  _____)

22  <u>**STIPULATION AND ORDER DISMISSING DEFENDANT CAESARS ENTERTAINMENT**</u>
    <u>**CORPORATION WITHOUT PREJUDICE**</u>
23

24       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, TONI

25  VILLASENOR-WARE, CHRISTIAN WARE, and CIERRA WARE, and Defendant,

26  CAESARS ENTERTAINMENT CORPORATION, by and through their respective attorneys

27  of record, that all Plaintiffs' claims against defendant Caesars Entertainment Corp. in this

28

                                   -1-

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

matter be dismissed without prejudice, with each of the parties to pay their own attorneys

fees and costs herein incurred.

DATED this 11th day of August, 2015.

DEMPSEY, ROBERTS & SMITH, LTD.


  /s/ David E. Krawczyk
KENNETH M. ROBERTS, ESQ.
Nevada Bar No.  04729
DAVID E. KRAWCZYK, ESQ.
Nevada Bar No.  12423
1130 Wigwam Parkway
Henderson, Nevada 89074

*Attorneys for Plaintiffs,*
*Toni Villasenor-Ware, Christian Ware,*
*Cierra Ware.*


DATED this 11th day of August, 2015.

JACKSON LEWIS P.C.


  /s/ Rene Thorne
DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No.  06596
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

RENE THORNE, ESQ.
Louisiana Bar No.  22874
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130

*Attorneys for Defendant,*
*Caesars Entertainment Corp.*


**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____ , 2015.

August 12

-2-

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514