KENNETH M. ROBERTS, ESQ.
State Bar No. 04729
DAVID E. KRAWCZYK, ESQ.
State Bar No. 12423
DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway
Henderson, Nevada 89074
tel: (702) 388-1216
Fax: (702) 388-2514
Email: kenroberts@drsltd.com
        davidk@drlstd.com
Attorneys for plaintiffs,
TONI VILLASENOR-WARE,
CHRISTIAN WARE, and CIERRA WARE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TONI VILLASENOR-WARE, an individual; CHRISTIAN WARE, and CIERRA WARE, minor children;<br><br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORP., a Delaware corporation; AETNA SERVICES, INC., a Connecticut corporation; AETNA LIFE INSURANCE COMPANY; LUZ A. RODRIGUEZ, an individual; DOES, 1-20, and ROE ENTITIES, 1-20, inclusive;<br><br>Defendants. | CASE NO. 2:15-cv-01397 |

### STIPULATION AND ORDER DISMISSING DEFENDANT LUZ A. RODRIGUEZ WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, TONI VILLASENOR-WARE, CHRISTIAN WARE, and CIERRA WARE, and Defendant, LUZ A. RODRIGUEZ, by and through their respective attorneys of record, that all Plaintiffs' claims

-1-

against defendant Luz A. Rodriguez in this matter be dismissed without prejudice, with each of the parties to pay its own attorneys fees and costs herein incurred.

DATED this 23rd day of October, 2015.

*signature*

KENNETH M. ROBERTS, ESQ.
Nevada Bar No. 04729
DAVID E. KRAWCZYK, ESQ.
Nevada Bar No. 12423
DEMPSEY, ROBERTS & SMITH, LTD.
Las Vegas, Nevada 89169
1130 Wigwam Parkway
Henderson, Nevada 89074
*Attorneys for Plaintiffs,*
*Toni Villasenor-Ware, Christian Ware,*
*Cierra Ware.*

DATED this 22nd day of October, 2015.

*signature*

COREY B. BECK, ESQ.
Nevada Bar No. 05870
425 S. Sixth Street
Las Vegas, NV 89101
*Attorney for Defendant,*
*Luz A. Rodriguez*

*signature: L. Alexa Rodrig*

IT IS SO ORDERED.

**ORDER**

*signature*

UNITED STATES DISTRICT JUDGE

Dated: October 28, 2015

-2-